IN THE UNITED STATES DISTRICT COURT
FOR THE EASTRRN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| TERRY G. RUHL | : | CIVIL ACTION |
| | : | |
| v. | : | |
| | : | |
| CAROLYN W. COLVIN, COMMISSIONER | : | |
| OF SOCIAL SECURITY, et al. | : | NO. 14-466 |

## ORDER

**AND NOW**, this 18th day of August, 2015, upon consideration of Plaintiff's request for review (ECF Document No. 11), Defendant's response thereto (Doc. 13), and Plaintiff's reply (Doc. 14), and after review of the Report and Recommendation of United States Magistrate Judge Linda K. Caracappa (Doc. 16), Plaintiff's objections thereto (Doc. 17), and Defendant's response (Doc. 19), it is hereby **ORDERED** that: (1) Plaintiff's Request for Review is **DENIED**; (2) the Report and Recommendation is **APPROVED AND ADOPTED**; (3) Plaintiff's objections are **OVERRULED**; (4) judgment is entered in favor of Defendant Carolyn M. Colvin, Commissioner of Social Security; and (5) the Clerk of Court is directed to mark this case as **CLOSED** for statistical purposes.

    BY THE COURT:

    /s/ L. Felipe Restrepo

    _____
    L. FELIPE RESTREPO,    J.